Certificate Number: 06531-PAE-DE-029661826

Bankruptcy Case Number: 13-14639



06531-PAE-DE-029661826

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 31, 2017</u>, at <u>6:59</u> o'clock <u>PM CDT</u>, <u>J Lowell R Louthian</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 31, 2017</u>              By:    <u>/s/Lori A Danburg</u>

                                        Name:  <u>Lori A Danburg</u>

                                        Title: <u>Credit Counselor</u>