Certificate Number: 06531-PAE-DE-029661827

Bankruptcy Case Number: 13-14639



06531-PAE-DE-029661827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2017, at 6:59 o'clock PM CDT, Jamie L Louthian completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 31, 2017    By:  /s/Lori A Danburg

Name:  Lori A Danburg

Title:  Credit Counselor