United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-14639-jkf
J. Lowell R. Louthian                                                   Chapter 13
Jamie L. Louthian
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2           Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
```
db/jdb         +J. Lowell R. Louthian,    Jamie L. Louthian,    236 Dartmouth Drive,    Lancaster, PA 17603-4306
13159052       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13169282        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13069799       +Best Buy,   PO Box 30253,    Salt Lake City, UT 84130-0253
13069801       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
13069802       +Citibank, N.A.,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
13069803       +Citicards,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
13069804        DirecTV,    PO Box 9001059,    Louisville, KY 40290-1059
13069807       +Financial Recoveries,    200 E. Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
13069809       +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13069810        HSBC Card Service,     PO Box 17051,    Baltimore, MD 21297-1051
13069811       +JC Christensen & Assoc,    PO Box 519,    Sauk Rapids, MN 56379-0519
13069813       +KML Law Group, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13121243       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
13069815        Lancaster General Hospital,     PO Box 3555,    Lancaster, PA 17604-3555
13069817       +Quarryville Family Foot Care,    104 Fite Way,    #B,    Quarryville, PA 17566-9395
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13069794        E-mail/Text: EBNProcessing@afni.com Aug 01 2017 01:49:02     AFNI,    PO Box 3097,
                 Bloomington, IL  61702-3097
13069795        E-mail/Text: girddb@aessuccess.org Aug 01 2017 01:48:29     American Education Service,
                 1200 North Seventh Street,    Harrisburg, PA  17102-1444
13069796       +E-mail/Text: info@aal.bz Aug 01 2017 01:49:17     Anesthesia Associates of Lanc,
                 133 E. Frederick Street,    Lancaster, PA 17602-2294
13069797        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 01 2017 01:48:56     Asset Acceptance,
                 PO Box 1630,    Warren, MI  48090-1630
13069800       +E-mail/Text: notices@burt-law.com Aug 01 2017 01:49:56     Burton Neil & Associates, PC,
                 1060 Andrew Dr., Suite 170,    West Chester, PA 19380-5600
13069806        E-mail/Text: mrdiscen@discover.com Aug 01 2017 01:48:17     Discover Financial,    PO Box 15316,
                 Wilmington, DE  19850
13069805       +E-mail/Text: BKRMailOps@weltman.com Aug 01 2017 01:49:00     Discover Bank,
                 c/o Weltman Weinberg & Reis,    325 Chestnut St., Suite 501,    Philadelphia, PA 19106-2605
13072436        E-mail/Text: mrdiscen@discover.com Aug 01 2017 01:48:17     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13122399       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 01 2017 01:49:06
                 FIRST FINANCIAL INVESTMENT FUND HOLDINGS, LLC,    c o Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-7999
13069812        E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:53:09     JC Penny,    PO Box 965007,
                 Orlando, FL  32896-5007
13069814       +E-mail/Text: csd1clientservices@cboflanc.com Aug 01 2017 01:49:46     Lancaster Collections,
                 218 W. Orange Street,    Lancaster, PA 17603-3746
13069816       +E-mail/Text: Bankruptcies@nragroup.com Aug 01 2017 01:49:59     NTL Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13163269        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2017 02:03:25
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13069820       +E-mail/Text: BKRMailOps@weltman.com Aug 01 2017 01:49:00     Weltman Weinberg & Reis Co.,
                 325 Chestnut Street,    Suite 1120,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13069798       ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
13069808      ##+First Financial Investment,    230 Peachtree Street,   Suite 1700,    Atlanta, GA 30303-1537
13069818      ##+Susquehanna Bancshares,    24 N Cedar Street,    Lititz, PA 17543-1514
13069819       ##The Bureaus,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                   TOTALS: 0, * 0, ## 4
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey                Page 2 of 2              Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID W. MERSKY    on behalf of Debtor J. Lowell R. Louthian law@merskylawgroup.com
              DAVID W. MERSKY    on behalf of Joint Debtor Jamie L. Louthian law@merskylawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: J. Lowell R. Louthian and Jamie L. Louthian

    Debtor(s)

Bankruptcy No: 13–14639–jkf

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/31/17

49 – 48
Form 138_new